BIGELOW, APPELLEE, *v.* AMERICAN FAMILY INSURANCE COMPANY, APPELLANT.

[Cite as *Bigelow v. Am. Family Ins. Co.,*
145 Ohio St.3d 488, 2016-Ohio-1135.]

(No. 2014–1413—Submitted January 6, 2016—Decided March 23, 2016.)

---

{¶ 1} The judgment of the court of appeals is vacated, and the cause is remanded to the court of appeals for application of *Dillon v. Farmers Ins. of Columbus, Inc.,* 145 Ohio St.3d 133, 2015-Ohio-5407, 47 N.E.3d 794.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, and FRENCH, JJ., concur.

O'NEILL, J., dissents.

Pomerene, Burns & Skelton and James R. Skelton, for appellee.

Frost & Maddox Co., L.P.A., and Mark S. Maddox, for appellant.